# St. Tammany Parish Sheriff's Office

## Law Enforcement Supervisor Evaluation

| | |
|---|---|
| Employee Name: Lt. Clint Matthews | Division: Criminal Patrol |
| Title: Lieutenant | Date: December 1, 2011 |

Evaluation Period: From_10-2010_____ To 10-2011_____ Team (if applicable) _____

☐ Introductory    ☑ Annual    ☐ Other _____

**Performance Rating – Appraisals should be made only after reviewing the following definitions.**

1.  ***Distinguished***
    Performance far exceeds normal requirements of the job. Outstanding nature of performance is evident to anyone in a position to observe and evaluate it. Level of performance approaches the maximum possible attainment for the position. Very few are able to reach this level of accomplishment.

2.  ***Commendable***
    Performance clearly exceeds the requirements of the job. Performance is worthy of special note. Accomplishment indicates extra thought, effort, imagination, and results.

3.  ***Satisfactory***
    Performance clearly meets the requirements of the position. Continued performance at this level would be perfectly acceptable. Accomplishment reflects a solid level of performance. Most qualified people are able to attain this level of accomplishment.

4.  ***Needs Improvement***
    Performance is below the competent level. Employees who are on a new job and develop less then the expected rate would fit this category. Continued performance at this level is unacceptable.

5.  ***Unacceptable***
    Performance is clearly unsatisfactory and below standards.

**\* Ratings in either "Distinguished" or "Unacceptable" categories must be explained in the "Narrative Comments" section on the last page.**



EXHIBIT
2

# St. Tammany Parish Sheriff's Office

## Law Enforcement Supervisor Performance Evaluation

### Section 1

| Rate on Factors Below | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **Problem Solving:** Degree to which employee identifies problems and takes appropriate action. | | X | | | |
| **Community Interaction:** Degree to which employee interacts with and participates in the community. | | | X | | |
| **Departmental Involvement:** Degree to which employee understands and works to achieve departmental goals and objectives. | | | X | | |
| **Daily Performance:** Degree to which employee demonstrates general performance levels. | | | X | | |
| **Judgment and Decision Making:** Degree to which employee makes good decisions reacts when under pressure or in stressful conditions. | | | X | | |
| **Initiative:** Degree to which employee displays motivation and the ability to work with minimal supervision | | | X | | |
| **Oral Communication Skills:** Employee's ability to communicate with citizens and fellow employees. | | | X | | |
| **Written Communication Skills:** Ability to communicate through written documents (interoffice correspondence, memos, etc.) | | | X | | |
| **Teamwork:** Degree to which employee works with fellow employees and is willing to assist co-workers. Promotes harmony and good relationships. | | | | X | |
| **Investigative Skills:** Employee's ability to manage and conduct routine investigations. Includes criminal and traffic investigations. | | | X | | |
| **Officer Safety:** Ability to maintain officer safety, recognize the role of the officer, and use tactical advantage and maintains physically fit. | | X | | | |
| **Leadership:** Ability to effectively lead his/her department/unit, assist workers, and promotes harmony and good relationships. | | | | X | |

2

## Section II (Ratings in the unsatisfactory category require written explanations.)

| | | |
|---|---|---|
| Appearance | ☑ Meets Expectations | ☐ Unsatisfactory |
| Treats all Employees with Respect | ☑ Meets Expectations | ☐ Unsatisfactory |
| Knowledge of and Adherence to Departmental Rules and Regulations | ☑ Meets Expectations | ☐ Unsatisfactory |
| Appropriate Use of Computers | ☑ Meets Expectations | ☐ Unsatisfactory |
| Vehicle Operation and Maintenance | ☑ Meets Expectations | ☐ Unsatisfactory |
| Care and Use of Equipment | ☑ Meets Expectations | ☐ Unsatisfactory |

**Narrative Comments:**

During the past year Lt. Matthews was out on sick leave due to an injury. Lt. Matthews was out for an extended period of time. Due to this fact and his using his vacation time, Lt. Matthews seemed to not be on duty for any continuous amount of time. This can have a negative effect on the shift in that they have a lack of senior leadership in which to turn. Lt. Matthews is very knowledgeable in the law enforcement profession. During the course of his career he has shown the potential to be a good leader. At this time he needs to be an example to those who he supervises and to let them observe his leadership qualities. Lt. Matthews is a very good problem solver and never ignores those type of situations. Lt.. Matthews is sound in his decision making and draws on his knowledge of department policy to assist him. Lt. Matthews, his shift and the Criminal Patrol Division would benefit by his taking a more visible and professional approach in his day to day duties.

_____

_____

_____

_____

(I understand that my signature acknowledges receipt of this evaluation and does not constitute agreement. I understand I have the right to rebut this evaluation by memo.)

I   ☒ do   ☐ do not   want to discuss this evaluation with my evaluator's supervisor.

_____ CLINT MATHEWS          _____12/13/11_____
**Employee**                              Date

_____ B. MAGEE               _____12/9/11_____
**Supervisor**                            Date

_____ Joe Terrell Jr.        _____12-8-11-_____
**Commanding Officer**                    Date

4



# Rodney J. Strain, Jr.
## *Sheriff*
### Ex-Officio Tax Collector
## St. Tammany Parish

*Timothy A. Lentz*
**Chief Deputy**

### Receipt for Performance Evaluations

The following Evaluation(s) have been turned into Human Resources on ___12/13/11___ from

The Department of ___# 35 Criminal Patrol Dist. III___

1. **Lt. Clint Matthews**

Delivered by: ___Lt. Clint Matthews___
                    (Print name)

___Lt. Clint Matthews___
        (Signature)

Received by: ___Sonya Diaz___
                    (Print name)

___Sonya Diaz___
        (Signature)

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-892-4141
Fax: 1-985-898-2582

P.O. Box 1229
Slidell, LA 70459
Phone: 1-985-646-4100
Fax: 1-985-646-4172