Internal Affairs

Human Resources

December, 23rd, 2011

On December 20th, 2011, I met with Captain Donna Schlesinger and Dawn Dericek of the Human Resources Division, then separately with Major Casnave of Internal Affairs. The meetings were in regards to an incident that occurred several months prior while I was assigned to the Narcotics section of the Operations Division, and my most recent Performance Appraisal, which I received on December 10th, 2011.

My first meeting was with Captain Schlesinger and Mrs. Dericek. I met with them during the morning hours of December 20th, 2011, and informed them that I recently received a poor Performance Appraisal that I felt was discriminatory, not based on job performance, and contained inaccurate information.

I met with Major Casnave later that day and informed him about my meeting with Human Resources and also gave him the same statement.

The following is a statement regarding this incident:

Shortly after January 2011, Major Brad Hassert and Captain Barney Tyrney were transferred to the Narcotics Section of the Operations Division. At that time I had been assigned as the Lieutenant in Narcotics since 2008. Everything at work appeared to be going well, since Major Brad Hassert and Captain Tyrney had a meeting with Lieutenant Mike Ferrell and I, and informed us that we were doing a great job, and to not change a thing.

In late March, 2011, (possibly the 28th or 29th) I was on the Promotion Board conducting oral interviews at the Sheriff's Office in Covington, when Captain Tyrney asked me to go to lunch with him. I agreed and we made our way across the street to the Beck n' Call restaurant. While having lunch, Captain Tyrney informed me that he had to discuss an issue with me and said he was upset and not sure how he was going to "deal with it". He then asked me if I had any recollection of a recent weekly narcotics meeting where he informed us (the narcotics team) about the Sheriff's re-election fundraiser dinner. He said that during that meeting he told us that the fundraiser was being held at the Harbor Center in Slidell, and that he had tickets to the event he was trying to sell. I replied "yes", acknowledging that I did recall the meeting. He then told me that since the meeting no one other than maybe one or two Narcotics personnel approached him and asked to purchase one of the $250.00 tickets. He went on to tell me that he was even more upset that his Lieutenant and two Sergeants in Narcotics never made arraignments to purchase a ticket from him. I told him respectfully that I didn't think it was an appropriate question to ask and that we are free to support a candidate anyway we feel. I told him that he asked us about it once, and that pushing the issue would be wrong. He told me that, due to overtime given to the employees assigned to narcotics, I was the highest paid Lieutenant in the department, and



that the two Sergeants and all of detectives were also equally compensated. He went on to say that us getting paid so much and him asking for $250.00 was a small price to pay for us being in an elite unit. I became very defensive at that point and told him that who any of us voted for or supported was none of his business. Captain Tyrney then asked me how I'd like it if he took all of our overtime away and forced us to work a flat 80 hour pay period like everyone else. I told him that forcing us to give him $250.00 for a political campaign was absolutely wrong, but he disagreed saying we work for a Sheriff's Department not civil service. The conversation ended and I returned back to the promotion board and resumed the interviews.

Approximately one week later Sergeant Steven Gaudet, Sergeant John Morse, and I were summoned to Captain Tyrney's office to discuss work. During the conversation, Captain Tyrney informed all three of us that he was unhappy because no one under his command other than one or two officers asked to purchase a ticket from him. He then asked all three of us how we or the rest of the narcotics section like it if he took all of our overtime away and forced us to work flat 80 hour pay period. The conversation ended and the three of us left his office.

Later that day I walked in the Narcotics office, located at the training center, and met with Sergeant Gaudet and several other agents, who were in the office at the time. Detective Julie Boynton immediately asked me if we were being forced to pay $250.00 to Captain Tyrney. She informed me that she couldn't afford to pay that much money and had to supplement her income by working details. I apologized to them and said it was up to them if they wanted to attend the function.

The weekend of the fundraiser I was leaving town to visit family and still felt uneasy about Captain Tyrney's threat of taking me and the other agent's overtime away, so I called him on his department cell phone to discuss the issue. I told him that although I'd be out of town when the fundraiser took place, I would agree to pay him $250.00 to purchase a ticket because I didn't want it to affect my job or pay. He accepted the money which I paid directly to him via a personal check. He told me he bought one ticket for himself instead of two, and that since I'd be out of town he would take his wife to the fundraiser. To say the least I was not very happy or comfortable about the entire situation, but was worried that myself or the employees under me would have problems at work stemming from this had I disagreed any further.

Approximately one month later I was asked by a friend why I was being transferred out of Narcotics. Until that point I hadn't heard anything about being transferred and decided to ask Captain Tyrney personally the following day. The next day (mid-June) I entered Captain Tyrney's office and directly asked if I was being transferred. He paused for several seconds and said "it's been talked about". I asked when the transfer would occur and where I was being transferred. I was told I was being transferred to the Patrol Division and would start the following pay period. I informed Captain Tyrney that the next pay period was in a few days, and asked why I hadn't been told about it, or why I was being transferred so suddenly without ever being counseled. He said that I wasn't a "team player" and that since I'd never served the department as a "case agent" that I shouldn't be in a position as the Lieutenant in charge of a unit such as this. I informed him that I'd held the position of Lieutenant in

Narcotics for three years, and that experiencing different areas of the department was the upper echelon's idea for all of us in an effort to help us become well-rounded.

I also informed Captain Tyrney that I thought the reason I was being transferred, and not thought of as a "team player", stemmed from me disagreeing with him about the fundraiser, and his attempts at extorting money from me, and other members of the team. He became silent, glared at me for a period of time, and said he'd let me know when my transfer would take place. I exited his office and we never discussed the subject again.

A few days later on a Friday, at about noon, which was a few days after that last meeting, I was informed that I'd be reporting to the Patrol Division that next week.

I reported to Captain Magee in District III the following week and met with him in his office. I informed him that the transfer happened all of a sudden and that I was never given a reason why I was forced to leave. I also told him about the fundraiser incident and he said didn't know anything other than the fact that I was now working in patrol.

A few days later I met with Major Joe Jarrell to discuss my new position under his command. During that conversation I informed him about the fundraiser incident involving Captain Tyrney. I went on to tell him that although I do support the current Sheriff, I didn't think it was appropriate for Captain Tyrney to use the threat of taking overtime to get me or anyone else to support a particular candidate in a political race. Major Jarrell did not seem too interested in my statement, at which point I felt as though I had made a mistake by telling anyone about it, and that I should just let the issue die on its own, and not discuss it anymore.

A short time later I received my annual Performance Appraisal. After disagreeing with Captain Tyrney about the fundraiser, being transferred without being told or given a reason, then receiving a poor Performance Appraisal, leads me to believe I'm being targeted, and that my position and career is in jeopardy.


The following is the portion of my statement that involves my Performance Appraisal:

On December 10th, 2011, at 0012 hours, while working night shift, I received an email from Captain Richard Magee informing me that my evaluation was in his desk. A short time later, at approximately 0130 hours, I entered Captain Magee's office and retrieved my evaluation from the top drawer. I noticed that it was an original copy and had already been signed by Captain Magee and Major Joe Jarrell.

I met with Captain Magee a few days later to discuss my evaluation. I asked why I was scored at an incompetent level in Teamwork and Leadership. Captain Magee said he thought I needed to be at work more and thought I needed to be more professional. When asked to clarify what he meant by more professional, he replied by saying he saw me in the District III Complex about ten years prior with my

shirt tails out and my duty belt over my shoulder. He said that image of me stuck with him all those years.

I informed him that the day he was referring too I had just been involved in a 108 with Deputy Jeremy Church on Highway 21 just before our shift ended. During the violent apprehension, Deputy Church and I had our uniforms soaked from fighting with the suspect in a freezing, water-filled, and muddy ravine. We returned to the office to do the booking paperwork, which kept us long after our shift ended. I agree that our uniforms were not up to par at that particular moment, but given the circumstances I just don't know what else we could've done to look presentable. I was freezing cold, exhausted, and soaking wet. Sir, I think it's very unfair to even mention an incident that occurred ten years ago, especially when we you were not my supervisor at the time.

Sir, I reviewed my 2011 Annual Evaluation and although I respect your Appraisal of my performance, I'd like to address some of the categories listed on Section 1.

**1 - Problem Solving - Teamwork**

**2 - Leadership**


**Problem Solving - Teamwork**

I reviewed my Performance Appraisal and noticed I was given a Commendable score in Problem Solving, but the narrative portion of my evaluation doesn't really clarify what problems I've solved. It just says "Lt. Matthews is a good problem solver and never ignores those type of situations". Then in Teamwork I received a score of 4, which says I need improvement and am below a competent level, but the narrative section never addresses that category, even though you scored me as performing below a competent level.

However, I remember one of the biggest problems I faced was the issue I had with two of my Field Training Officers regarding their lack of report writing abilities. I came to you in person and informed you that I had identified their lack of report writing skills as a problem and went on to tell you how I planned to fix it. If you recall, one of my plans was to send one of them to report writing class, of which I was going to attend on my day off, sit in class with that officer, do all the assignments with him, and tutor him through the entire process. Yet I was given a score of 4 in Teamwork, which deals with the degree of an employee's willingness to assist co-workers.

Sir, I spoke with you in depth about the substandard abilities of those officers, who apparently had other supervisors before me give them scores they clearly didn't deserve. Even more astonishing was the fact that those previous supervisors recommended them to be Field Training Officers. Had another supervisor before me identified this problem or taken an interest in the report writing abilities of these two officers, then I think it would be safe to say my Sergeant and I wouldn't be trying to remediate two veteran patrol officers. However, none of that was ever considered and clearly not mentioned in the narrative portion of my evaluation. But again, I was given a 4 in Teamwork, which leads anyone who

reads my Performance Evaluation to believe I was performing below a competent level. By no means do I think I'm perfect in any category, but you scored me as being incompetent in Teamwork, but never explained in the narrative section what I did to rate such a low score.

**Leadership**

Page 1 reflects that you evaluated me from October of 2010 until October of 2011, but it wasn't given to me until December 10th, 2011. Sir, that's a time period of one year and two months, and I've had three captains in that time frame, and worked under your command for less than 6 months (June of 2011 until present). However, in the narrative portion of my evaluation, using the time frame you've listed, you stated that during the past year I was on sick leave due to an injury and was out for an extended period of time. The very next two sentences say that my being out on an injury, coupled with the fact that I took vacation, resulted in me to not being on duty for "any continuous amount of time". Sir, as I've said before, I respect your appraisals of my performance, but those sentences can be very misleading to anyone who reads it.

I would like to note that I was given the same amount of vacation as everyone else with my tenure and used it in the appropriate time frame (one year from my anniversary date). Please note that Annual Leave has to be approved by a supervisor prior to the Time Keeper entering it, and since beginning my assignment under your command in late June, 2011, you were my immediate supervisor, and you approved all of it. However, when reading my Performance Appraisal, I noticed that a negative light was cast upon my taking Annual Leave, of which you approved, and it's reflected by you scoring me with a 4 in Leadership, which says I need improvement, and my performance is below a competent level. Sir, I I'm just not sure exactly what I did wrong by taking Annual Leave that was approved by you that led to me being seen as an incompetent leader.

Sir, my injury being mentioned in my Performance Appraisal, of which I was on approved Family Medical Leave due to having an invasive surgery, is completely unfair. I was on approved Family Medical Leave for approximately 5 weeks. According to your written comments, being on approved Family Medical Leave and taking approved Annual Leave in a one year time period has a negative effect on Leadership qualities. This was noted on page 2 next to the Leadership box by a score of 4, which is "Needs Improvement" and is "below a competent level". I feel that I could improve on many aspects of my job performance just like anyone else, but to say I'm below a competent level because I was on Annual Leave that you approved, and F.M.L.A. Medical Leave that the department approved, is completely unfair, and has absolutely nothing to do with my job performance.

Based on your comments in my evaluation, I would hesitate to ask to attend the F.B.I.N.A. Academy in Quantico, Virginia, since the course of instruction is approximately 12 weeks long. Being away from my assigned duties for 12 weeks and taking 208 hours of Annual Leave in the same year would, according to your comments, have a negative effect on the shift since they would have "a lack senior leadership in which to turn."

Example of being away from assigned duties for a continuous amount of time in perspective:

<u>Lt. Clinton Mathews:</u>

208 hours Annual Leave = Approximately 5.5 weeks (depending on how strategically it's used)

5 weeks of FMLA Leave

According to my calculations, I've missed work for about 10.5 weeks of the 52 weeks between my October 2010 and October 2011 anniversary dates.

<u>F.B.I.N.A. Candidate (with my tenure)</u>

208 hours of Approved Annual Leave = Approximately 5.5 weeks (depending on how strategically it's used (exact same amount of Annual Leave I was given).

12 weeks of the F.B.I.N.A. (approved time away from duties)

According to my calculations the F.B.I.N.A. graduate with my tenure misses work for about 17.5 weeks of the 52 weeks in a year's time, which is just shy of missing work 2 months longer than I did.

With that being said my question is as follows:

You stated in my evaluation that being away from work for an extended period of time or not being there on a continuous basis has a negative effect on the shift, since "they have a lack of senior leadership in which to turn." If that's the case, and I missed approximately 10.5 weeks while the F.B.I.N.A. graduates miss approximately 17.5 weeks, then which shift would be negatively affected more by the absences?

Personally I love the idea of the F.B.I.N.A., and the fact that our agency has so many graduates should be viewed as an attribute, and shouldn't be looked upon in a negative light. I'd also like to note that I was just using the graduates as an example to make a point, and the point is that I highly doubt any F.B.I.N.A. graduate has ever been evaluated negatively because they were away from their shift or assignment for such an extensive length of time. My time away from my assignment was significantly less than an F.B.I.N.A. graduate's time away from their assignment, yet you still felt it necessary to evaluate me in a negative light even though all of my time was either approved by you, my previous supervisors, or was approved FMLA by our insurance department.

Sir, my approved FMLA Leave and approved Annual Leave were the only things mentioned in my evaluation regarding my leadership abilities, and not anything that actually pertains to my actual job performance, which is governed by the Department of Labor in the following section:

825.220 - Protection for employees who request Leave or otherwise assert FMLA rights.

Sir, with all due respect I have no other option but to file a formal grievance with Human Resources, since I feel as though my career has been compromised, and my future Performance Evaluations will not be done based off of merit, as opposed to something that has nothing to do with my leadership abilities or job performance. Had there been anything that stood out or was so negative about my leadership abilities that I needed to be rated below a competent level, then I feel as though my performance evaluation would have reflected that very thing but it didn't.

I'd like to close by saying that I've been a dedicated employee for the past 17 years of my life and if you look at the trajectory of my career you'll notice that I was promoted through the ranks based on merit. I was voted officer of the year in 1998 based on merit, and was given many commendations and performance evaluations based also on merit. During my employment I've received zero infractions and have never been written up, verbally counseled, or suspended. I'd also like to note that this is the first time in 17 years I've ever taken issue with a supervisor's appraisal of me, and have accepted criticism and praise equally.

Sir, I expected a fair evaluation based on my job performance, not based on my use of approved Annual Leave or a medical condition that forced me to be on approved FMLA Leave. I feel as though I didn't get one.

Lt. Clinton Mathews